UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Matthew Tendall, | Civ. No. 10-2380 (PAM/AJB) |
| Petitioner, | |
| v. | **ORDER** |
| Scott P. Fisher, Warden, | |
| Respondent. | |

This matter is before the Court on the Report and Recommendation ("R&R") of Chief Magistrate Judge Arthur J. Boylan dated June 3, 2011. In the R&R, Chief Magistrate Judge Boylan recommended that the Court deny the Petition for a Writ of Habeas Corpus both for failure to exhaust administrative remedies and on the merits. Petitioner failed to file objections to the R&R in the time period permitted. The Court therefore **ADOPTS** the R&R (Docket No. 10).

Accordingly, **IT IS HEREBY ORDERED that**:

1. The Petition for Writ of Habeas Corpus (Docket No. 4) is **DENIED**; and

2. This action is **DISMISSED with prejudice**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: <u>Monday, June 27, 2011</u>

*s/ Paul A. Magnuson*
Paul A. Magnuson
United States District Court Judge